UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMMA AFRIYIE and ROY CAMPBELL, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>NBCUNIVERSAL MEDIA, LLC and PEACOCK TV, LLC,<br><br>   Defendants. | Case No. 1:23-cv-09433-VSB<br><br>Hon. Vernon S. Broderick<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, and Declaration of Jeffrey Landis in Support of Defendants' Motion to Dismiss First Amended Class Action Complaint dated March 8, 2024, and all prior pleadings, papers, and proceedings in this matter, Defendants NBCUniversal Media, LLC and Peacock TV LLC, by and through their undersigned counsel, move this Court before the Honorable Vernon S. Broderick, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be designated by the Court, for an Order dismissing Plaintiffs' First Amended Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: March 8, 2024								Respectfully submitted,

By: /s/ Jeffrey Landis
    Jeffrey Landis
    ZWILLGEN PLLC
    1900 M Street NW, Suite 250
    Washington, DC 20036
    Telephone: (202) 296-3585
    Facsimile: (202) 706-5298
    Email: jeff@zwillgen.com

    Benjamin S. Thomassen*
    ZWILLGEN PLLC
    One North LaSalle St. Suite 4600
    Chicago, IL 60602
    Main: (312) 685-2278
    Email: ben.thomassen@zwillgen.com

    *Pro hac vice application forthcoming*

    *Counsel for Defendants*
    *NBCUniversal Media, LLC and Peacock TV LLC*