UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMMA AFRIYIE and ROY CAMPBELL,
individually and on behalf of all others
similarly situated,

                    Plaintiffs,

          v.

NBCUNIVERSAL MEDIA, LLC and
PEACOCK TV, LLC,

                    Defendants.

1:23-CV-09433-LTS

---

ORDER

Counsel's attention is directed to the Second Circuit's recent decision in Solomon v. Flipps Media, Inc., No. 23-7597-CV, 2025 WL 1256641, ___ F. 4th ___ (2d Cir. May 1, 2025). Counsel are further directed to meet and confer and to file a joint status report by May 14, 2025, indicating whether they contemplate any new or revised motion practice, schedule changes, or supplemental briefing.

SO ORDERED.

Dated: New York, New York
       May 5, 2025

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge